■ GAL SHEVACH, Respondent, v SALVATION ARMY et al., Appellants. [830 NYS2d 513]—Order, Supreme Court, New York County (Milton A. Tingling, J.), entered March 15, 2006, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants in this personal injury action have failed to make a prima facie showing that plaintiff did not sustain a serious injury as a result of the accident (*Bray v Rosas*, 29 AD3d 422 [2006]). Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIOMEDES COLON, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered on or about April 14, 2005, unanimously affirmed. Motion seeking leave to file pro se supplemental brief denied. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Catterson, JJ.